United States District Court
Southern District of Texas
**ENTERED**
January 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| Minden Pictures, Inc. | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:26-cv-16 |
| | § | |
| RCH International, LLC | § | |
|     Defendant. | § | |

## ORDER TO SHOW CAUSE

On January 28, 2026, Bradford Parker Klager filed a document in the above-captioned case. Upon that filing, the Court received notification that Bradford Parker Klager's Southern District of Texas membership has expired. The Court **ORDERS** Bradford Parker Klager to renew the Southern District of Texas membership on or before **February 9, 2026**. The instructions for filing the renewal can be found at http://www.txs.uscourts.gov/page/AdmissionsMembershipRenewal. If Bradford Parker Klager does not renew the Southern District of Texas membership on or before **February 9, 2026**, a **SHOW CAUSE HEARING** is set **February 11, 2026 at 9:00 a.m.** to determine whether Bradford Parker Klager should be removed from this action and how this case will proceed.

SIGNED on ___January 29, 2026___.

_____
Nelva Gonzales Ramos
United States District Judge